KEITH D. CHIDLAW, Bar No. 133604
SCHUERING ZIMMERMAN & DOYLE, LLP
400 University Avenue
Sacramento, California 95825-6502
(916) 567-0400
FAX: 568-0400

Attorneys for Defendant CLAUDIA LOCKWOOD

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KERRY RICHBURG,<br><br>     Plaintiff,<br><br>vs.<br><br>CLAUDIA LOCKWOOD,<br><br>     Defendant. | No. 2:09-CV-02202-FCD-GGH<br><br>**STIPULATION AND ORDER TO ELECT REFERRAL OF ACTION TO VOLUNTARY DISPUTE RESOLUTION PROGRAM (VDRP) PURSUANT TO LOCAL RULE 271** |

Pursuant to Local Rule 271, the parties hereby agree to submit the above-entitled action to the Voluntary Dispute Resolution Program.

Dated: November 10, 2010

/s/ ANTHONY CASO
ANTHONY CASO, SBN 88561
(As authorized on November 10, 2010)
Attorneys for Plaintiff
KERRY RICHBURG

/s/ KEITH D. CHIDLAW
KEITH D. CHIDLAW, SBN 133604
Attorneys for Defendant
CLAUDIA LOCKWOOD

IT IS SO ORDERED.

DATED: November 10, 2010

FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE