ANTHONY T. CASO, No. 88561
Law Office of Anthony T. Caso
8001 Folsom Boulevard, Suite 100
Sacramento, California 95826
Telephone:  (916) 386-4432
Facsimile:  (916) 307-5164
E-Mail:  tom@caso-law.com

Attorney for Plaintiff, Kerry Richburg

KEITH CHIDLAW, CSB No. 133604
SCHUERING ZIMMERMAN SCULLY
TWEEDY & DOYLE, LLP
400 University Avenue
Sacramento, CA 95825-6502
Telephone:  (916)567-0400
Facsimile:  (916)568-0400

Attorneys for Defendant,
Claudia Lockwood

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KERRY RICHBURG,<br><br>        Plaintiff,<br><br>    v.<br><br>CLAUDIA LOCKWOOD,<br>        Defendant. | Case No.:  2:09-cv-02202-FCD-GGH<br><br>**STIPULATED DISMISSAL WITH PREJUDICE;  ORDER** |

TO THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA:

Plaintiff KERRY RICHBURG and defendant CLAUDIA LOCKWOOD have concluded a settlement of the claims raised in this action and now stipulate, by and through their attorneys, that the matter may be dismissed with prejudice with all parties bearing their own costs and attorney fees.

//

//

//

Stipulated Dismissal – No. 2:09-cv-02202-FCD-GGH

1

DATED:  March 21, 2011.

Respectfully submitted,

ANTHONY T. CASO

/s/ ANTHONY T. CASO
Attorney for Plaintiff


SCHUERING ZIMMERMAN
SCULLY TWEEDY & DOYLE, LLP

/s/  KEITH D. CHIDLAW
Attorneys for Defendant


**ORDER**

Based on the foregoing stipulation,

IT IS HEREBY ORDERED that this action is dismissed in its entirety, with prejudice, and with all parties to bear their own costs and attorney fees.

IT IS SO ORDERED.

Dated:  March 21, 2011

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE